IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA LOWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:13-cv-14499 |
| v. ) | |
| ) | Judge: Victoria A. Roberts |
| JAMISON WHOLESALE AUTOMOTIVES, LLC, ) | |
| RITE TOUCH AUTO SALES, LLC, AND ) | |
| A&A AUTOMOTIVE CENTER, LLC, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER GRANTING PLAINTIFF'S MOTION FOR
ENTRY OF DEFAULT JUDGMENT

This matter is before the Court on Plaintiff Jessica Lowe's motion for entry of default judgment on her complaint brought pursuant to the Federal Odometer Act. Plaintiff filed her complaint on October 25, 2013 (Docket 1). On October 30, 2013 service was effectuated on Defendant, A&A Automotive Center, LLC's resident agent Rudolph Eady by personal service (Doc. 5). On December 5, 2013 service was effectuated on Defendant, Rite Touch Auto Sales, LLC's Manager, Chuck Haney by personal service (Doc. 7). On December 9, 2013 service was effectuated on Defendant, Jamison Wholesale Automotives, LLC by registered mail (Doc. 6). Defendants did not answer the complaint, and Plaintiff requested clerk's entry of default, which was entered on January 14, 2014. In her motion for entry of default judgment, Plaintiff seeks to recover $16,425.00 in statutory damages from each Defendant, plus attorney fees of

1

$3,667.00 and court costs of $606.36. The Court reviewed all of the pleadings submitted in this matter, including the affidavit of Plaintiff's counsel Ronald S. Weiss and finds that all criteria are met under Fed. R. Civ. Pro. 55(b). The Court enters default judgment in the amount of $16,425.00 statutory damages pursuant to 49 U.S.C. § 32710(a) as to each Defendant. The Court also awards attorney fees in the amount of $3,667.00 and court costs of $606.36 pursuant to 49 U.S.C. § 32710(b).

    **IT IS ORDERED** that Plaintiff's Motion for Entry of Default Judgment is GRANTED. Judgment is entered in the amount of $16,425 in statutory damages against each defendant, Individually, as calculated above.

    **IT IS FURTHER ORDERED** that default judgment is entered in the amount of $4,273.36 in attorney fees and costs against defendants jointly and severally.

    ORDERED.


                                                S/Victoria A. Roberts
Dated: May 13, 2014                 UNITED STATES DISTRICT JUDGE